ISLAND PARK ASSOCIATES, INC., Respondent, v. O'DONOHUE PARK CORPORATION, Appellant, and MARY EBERST, Defendant. (Action No. 1.) ISLAND PARK ASSOCIATES, INC., Respondent, v. O'DONOHUE PARK CORPORATION and ISAAC ZARET, Appellants, and MARY EBERST, Defendant. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of CLARENCE W. DANES to Lay Out a Highway at Sayville, in the Town of Islip, and the Assessment of Damages Therefor. TOWN OF ISLIP, Appellant; JOSEPH WOOD and Others, Respondents.— Order of the County Court of Suffolk county vacating decision and determination of commissioners and appointing new commissioners unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.